# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>          Plaintiffs,<br><br>     v.<br><br>VIC SOTTO LANDSCAPING, INC.,<br><br>          Defendant. | Case No.: 12-cv-06324-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following tentative dates. If acceptable by all parties, the parties may file a JOINT Stipulation to the proposed dates by no later than Friday, June 14, 2013. Upon receipt, the Court will confirm the dates in a separate order and the continued conference scheduled for Monday, June 17, 2013 will be taken off calendar. If a JOINT Stipulation is not filed, the conference will go forward as scheduled.

Telephonic appearances for this conference will be allowed. To participate telephonically, parties should contact Frances Stone at 510-637-3540 by Friday, June 17, 2013 to coordinate such appearance.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR for Mediation to occur by: | 8/30/2013 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 6/28/2013 |
| NON-EXPERT DISCOVERY CUTOFF: | 10/31/2013 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: 11/1/2013<br>Rebuttal: 11/15/2013 |
| EXPERT DISCOVERY CUTOFF: | 12/13/2013 |
| DISPOSITIVE MOTIONS[1] (and *Daubert* motions) to be heard by: | 2/11/2014 |
| BENCH TRIAL: | Bench trial to be scheduled upon three weeks' notice no sooner than 3/31/2014 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This Order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated:  June 12, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

2