# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>             Plaintiffs,<br><br>      v.<br><br>VIC SOTTO LANDSCAPING, INC.,<br><br>             Defendant. | Case No.: 12-cv-06324-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Pursuant to the Joint Stipulation to Proposed Pretrial Schedule (Dkt. No. 16), the Court hereby sets the following trial and pretrial dates in this action:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR for Mediation to occur by: | 8/30/2013 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 6/28/2013 |
| NON-EXPERT DISCOVERY CUTOFF: | 10/31/2013 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: 11/1/2013<br>Rebuttal: 11/15/2013 |
| EXPERT DISCOVERY CUTOFF: | 12/13/2013 |

| | |
|---|---|
| DISPOSITIVE MOTIONS[1] (and *Daubert* motions) to be heard by: | 2/11/2014 |
| BENCH TRIAL: | Bench trial to be scheduled upon three weeks' notice no sooner than 3/31/2014 |

The Case Management Conference scheduled for June 17, 2013 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 14, 2013

                                             **YVONNE GONZALEZ ROGERS**
                                         **UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.