United States District Court
Northern District of California

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6
7    THE BOARD OF TRUSTEES, in their          Case No.: 12-cv-06324-YGR
     capacities as Trustees of the LABORERS
8    HEALTH AND WELFARE TRUST FUND            **CASE MANAGEMENT AND PRETRIAL ORDER**
     FOR NORTHERN CALIFORNIA;
9    LABORERS VACATION-HOLIDAY
     TRUST FUND FOR NORTHERN
10   CALIFORNIA; LABORERS PENSION
     TRUST FUND FOR NORTHERN
11   CALIFORNIA; and LABORERS TRAINING
     AND RETRAINING TRUST FUND FOR
12   NORTHERN CALIFORNIA,
13          Plaintiffs,
14       v.
15
16   VIC SOTTO LANDSCAPING, INC.,
17          Defendant.
18
19          Pursuant to the Joint Stipulation to Proposed Pretrial Schedule (Dkt. No. 16), the Court hereby
     sets the following trial and pretrial dates in this action:
20
                              **PRETRIAL SCHEDULE**
21
     REFERRED TO ADR for Mediation to occur by:    8/30/2013
22
     LAST DAY TO JOIN PARTIES OR AMEND             6/28/2013
23   PLEADINGS:
24   NON-EXPERT DISCOVERY CUTOFF:                  10/31/2013
25   DISCLOSURE OF EXPERTS (retained/non-retained): Opening: 11/1/2013
26                                                  Rebuttal: 11/15/2013
27   EXPERT DISCOVERY CUTOFF:                       12/13/2013
28

DISPOSITIVE MOTIONS[1] (and *Daubert* motions)        2/11/2014
to be heard by:

BENCH TRIAL:                                        Bench trial to be scheduled upon three
                                                   weeks' notice no sooner than 3/31/2014

   The Case Management Conference scheduled for June 17, 2013 is hereby **VACATED**.

   **IT IS SO ORDERED.**

Dated:  June 14, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California